**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Ramiro MENDOZA, a/k/a Jessie,**
**Defendant–Appellant.**

No. 01–7385.

United States Court of Appeals,
Fourth Circuit.

Submitted Oct. 18, 2001.

Decided Oct. 30, 2001.

Ramiro Mendoza, pro se. Lee Ellis Berlinsky, Office of the United States Attorney, Charleston, SC, for appellee.

Before DIANA GRIBBON MOTZ and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Ramiro Mendoza seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Mendoza,* Nos. CR–99–137; CA–01–684–2–23 (D.S.C. July 13, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*